# **EXHIBIT B**




235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers

Daniel A. Berger

-VS-

Roto-Rooter Services Company, et al

**COURT** Municipal Court of Pennsylvania
Philadelphia County - Civil

**CASE NUMBER** SC-22-05-24-4632

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** CS188073.01
**Reference Number**

Ron Stein, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 6/6/2022 we received the **Statement of Claim, Small Claims Complaint, Important Notice, Fact Sheet, Notice to Defend & attachments** and that service was effected upon **Roto-Rooter Services Company d/b/a Roto-Rooter Plumbing & Water Cleanup** at **2554 FORD ROAD, BRISTOL, PA 19007** on **6/8/2022** at **9:52 AM**, in the manner described below:

**By service upon:** JOHN MCCREERY, GENERAL MANAGER as an agent or person authorized to accept service at usual place of business.

**Description:**
Gender: **MALE**   Race/Skin: **WHITE**   Age: **50 - 60 Yrs**   Weight: **161-200 Lbs.**   Height: **5ft9in - 6ft0in**   Hair: **BROWN**   Glasses: **No**   Other:

Service Notes:

Commonwealth of Pennsylvania - Notary Seal
BRENDA M. RAVENELL, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

Sworn to and subscribed before me this 10th day of June 2022

**Process Server/Sheriff**    **Notary Public**

ATTEMPTS:

Client   Phone (215) 564-2031   **Court:** 07/06/2022   **Filed Date:** 05/24/2022   **BR Serve By:** 06/24/2022

Daniel A Berger, Esquire
Gordin & Berger
1760 Market Street
Suite 608
Philadelphia, PA 19103



ORIGINAL



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge   John J. Joyce, Deputy Court Administrator

## AFFIDAVIT OF SERVICE BY MAIL

**Notice of Intent to Defend:** Yes - DANIEL A. BERGER     # SC-22-05-24-4632

### SECTION 1

I, **Daniel A. Berger** *(Your Name)*, do hereby affirm that I sent a certified mail (return receipt requested) letter addressed to **Roto-Rooter Services Company, AKA/DBA: Roto-Rooter F 2527551** *(Defendant's Name)* at the following address *(Address you mailed letter to)*:

```
Roto-Rooter Services Company, AKA/DBA: Roto-Rooter Plumbing & Water Cleanup
255 E. 5th Street Suite 2500
Cincinnati, OH 45202
```

on **Jun 1, 2022** *(Date you mailed the letter)* and a copy of the return receipt is attached to this affidavit.

*(Your Signature)* [signed]

### SECTION 2

I, _____ *(Your Name)*, do affirm that I sent a certified letter (return receipt requested) to the defendant and the receipt was returned marked either "UNCLAIMED" or "REFUSED". I then sent a regular mail* letter to _____ *(Same name as on the return receipt)* at the same address where the original certified mail letter was mailed, which is _____ *(Same address as is on original letter)*.

I do affirm that the letter was never returned to me as of this date, _____ *(Fill in this date at the hearing)*, and I did have my return address on the regular mail letter.

_____ *(Your Signature)*

I do affirm that I was unable to make service on the defendant in this action.

_____ *(Your Signature)*

*(Certificate of Mailing – Form #3817)

### SECTION 3

Your Name: **Daniel A. Berger**
Your Address: **1760 Market Street Suite 608**
**Philadelphia PA 19103**
Your Signature: [signed]     Date Signed: **6/13/2022**

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. &sect; 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

**NOTE: EITHER FILL OUT SECTIONS 1 AND 3, OR SECTIONS 2 AND 3.**

75-08/23/01





# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Patrick F. Dugan, President Judge   John J. Joyce, Deputy Court Administrator

## AFFIDAVIT OF SERVICE BY MAIL

**Notice of Intent to Defend:** Yes - DANIEL A. BERGER   # SC-22-05-24-4632

### SECTION 1

I, _____, do hereby affirm that I sent a certified mail (return receipt
    *(Your Name)*
requested) letter addressed to ~~Roto-Rooter Services Company, AKA/DBA: Roto-Rooter~~ F 2527551   at
    *(Defendant's Name)*
the following address *(Address you mailed letter to)*:
Roto-Rooter Services Company, AKA/DBA: Roto-Rooter Plumbing & Water Cleanup
255 E. 5th Street Suite 2500
Cincinnati, OH 45202

on _____ and a copy of the return receipt is attached to this affidavit.
*(Date you mailed the letter)*
                                                                        _____
                                                                        *(Your Signature)*

### SECTION 2

I, _____, do affirm that I sent a certified letter (return receipt requested)
    *(Your Name)*
to the defendant and the receipt was returned marked either "UNCLAIMED" or "REFUSED". I then sent a regular
mail* letter to _____ at the same address where the original certified mail
              *(Same name as on the return receipt)*
letter was mailed, which is _____.
                              *(Same address as is on original letter)*
I do affirm that the letter was never returned to me as of this date, _____, and I did
                                                                      *(Fill in this date at the hearing)*
have my return address on the regular mail letter.    _____
                                                      *(Your Signature)*
I do affirm that I was unable to make service on the defendant in this action.

_____
*(Your Signature)*

***(Certificate of Mailing – Form #3817)**

### SECTION 3

Your Name: _____
Your Address: _____
Your Signature: _____   Date Signed: _____

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below; knowledge, information and belief.  I understand that this verification is made subject to the penalties of unsworn falsifications to authorities.  If I am an authorized representative or have a power of attorney...

---

**UNITED STATES POSTAL SERVICE**
Certificate Of Mailing
This Certificate... mailing.
This form may be used for domestic and international mail.

From:
GORDIN & BERGER, P.C.
1760 MARKET STREET, SUITE 608
PHILADELPHIA, PA 19103

DAB/DESK/ROTO
Roto-Rooter Services Company
Roto-Rooter Plumbing & Water Cleanup
255 E. 5th Street, Ste. 2500
Cincinnati, OH 45202

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Mailed from 19103 05/31/2022 032A 0061860812
US POSTAGE $01.65
MAX WEINER STATION PHILADELPHIA PA 19103 JUN 01 2022

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

9214 8969 0099 9790 1020 0085 30

Certified Mail Fee  $1.960
Extra Services & Fees *(check box, add fee as appropriate)*
Return Receipt (hardcopy)  $3.75
Return Receipt (electronic)  $
Certified Mail Restricted Delivery  $1.85
Adult Signature Required  $
Adult Signature Restricted Delivery  $
Postage  $0.00
Total Postage and Fees  $7.560

Sent To  DAB/DESK/ROTO
         Roto-Rooter Services Company
         Roto-Rooter Plumbing & Water Cleanup
Street, Apt. No., or PO Box No.  255 E. 5th Street, Ste. 2500
City, State, Zip+4  Cincinnati, OH 45202

5/31/2022 3:42:39 PM

PS Form 3800, April 2015   See Reverse for Instructions

Postmark Here JUN 01 2022 MAX WEINER STATION PHILADELPHIA PA 19103

Code: DAB/DESK/ROTO
Code2: Roto-Rooter Plumbing & Water Cleanup



# UNITED STATES POSTAL SERVICE.

Date Produced: 06/13/2022

GORDIN BERGER PC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8969 0099 9790 1020 0085 30. Our records indicate that this item was delivered on 06/06/2022 at 08:47 a.m. in CINCINNATI, OH 45203. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     DAB DESK ROTO