IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL A. BERGER** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-2508** |
| | : | |
| **ROTO-ROOTER SERVICES COMPANY** | : | |
| *also known as* | : | |
| ROTO-ROOTER PLUMBING & WATER CLEANUP | : | |
| *doing business as* | : | |
| ROTO-ROOTER PLUMBING & WATER CLEANUP | : | |

## ORDER

This 5th day of July, 2022, following a hearing with counsel, it is hereby **ORDERED** that this action is **REMANDED** forthwith to the Philadelphia Municipal Court. Jurisdiction is hereby relinquished and counsel are instructed to appear in Municipal Court for the hearing scheduled tomorrow.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge